**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FRANK DOMINGUEZ,
ELYSE SELVAGE,
Plaintiffs,
v.
COUNTY OF LOS ANGELES
CALIFORNIA et al.,
Defendants.

Case No. 2:23-cv-10523-CAS (SK)

**ORDER TO SHOW CAUSE IN PERSON ON DECEMBER 7, 2026**

Since the court's report and recommendation granting in part only defendant's motion to dismiss, neither party has complied with the court's instructions. The parties have thus waived objections to the recommendation, but still not complied with the directive for the filings of a cured fifth amended complaint and answer to that amended complaint.

The parties are thus ORDERED TO SHOW CAUSE IN PERSON at **10 AM** on **December 7, 2026** in Courtroom 540 of the Roybal Federal Building and United States Courthouse (255 East Temple Street, Los Angeles, California 90012) how they intend to prosecute and defend this action.

If, however, by no later than **5 PM** on **December 2, 2026**, the parties file either (i) a stipulation and proposed order consistent with the court's prior instruction for the filings of a cured fifth amended complaint and answer to that amended complaint (ECF 102 at 14); or (ii) a notice or stipulation for voluntary dismissal of this case without prejudice under Rule 41(a), they may be excused from appearing at the December 7 show-cause

hearing, which will be automatically vacated upon satisfaction of this order.

Failure to comply with this order, or to appear as ordered, may lead to sanctions, including involuntary dismissal of this action or proceedings for contempt of court.

IT IS SO ORDERED.

DATED: November 23, 2026

STEVE KIM
United States Magistrate Judge